

NUMBER 13-12-00381-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI — EDINBURG

ANTONIO SALAZAR JR.,                                                    Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR THE HOLDERS OF MORGAN
STANLEY ABS CAPITAL INC., TRUST 2007-NC2,
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-NC2,                                                       Appellee.

On Appeal from the County Court at Law No. 2
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes
Memorandum Opinion Per Curiam**

Appellant, Antonio Salazar Jr., appealed a judgment entered by the County Court at Law No. 2 of Cameron County, Texas. On September 5, 2012, the Clerk of this Court notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $175.00 filing fee was paid. *See* TEX. R. APP. P. 42.3(c). Appellant has not responded to the notice from the Clerk or paid the $175.00 filing fee. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b),(c). Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

Delivered and filed the
4th day of October, 2012